FILED
CLERK, U.S. DISTRICT COURT

JUL 2 5 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Jose Cano Ovando, DEFENDANT(S). | CASE NUMBER 2:25-mj-4639 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of ___defendant___, IT IS ORDERED that a detention hearing is set for ___7/30/2025___, at ___10:30___ ☒ a.m. / ☐ p.m. before the Honorable ___J. Chooljian___, in Courtroom ___640 Roybal___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___7/25/2025___   _____
U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                                                                              Page 1 of 1